UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



DESHAWN COCROFT

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

V. Ball

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV4835**
**JUDGE CONLON**
**MAG. JUDGE COX**

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

☑     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

☐     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

☐     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

　　A. Name: DESHAWN COCROFT

　　B. List all aliases: _____

　　C. Prisoner identification number: 2008 0042809

　　D. Place of present confinement: COOK COUNTY Jail

　　E. Address: P.O BOX 089002 ~~#~~ CHICAGO, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

　　A. Defendant: V. Ball
　　　　Title: Correctional Rehabilitation Worker
　　　　Place of Employment: Cook County Jail Division 1

　　B. Defendant: _____
　　　　Title: _____
　　　　Place of Employment: _____

　　C. Defendant: _____
　　　　Title: _____
　　　　Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *CIVIL ACTION NO. 3:06 CV338-HTW-LRA*

B. Approximate date of filing lawsuit: *June 2006*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *DESHAWN COCROFT*

D. List all defendants: *DANIEL FORRESTER, ETAL*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI JACKSON DIVISION*

F. Name of judge to whom case was assigned: *HON. HENRY T. WINGATE*

G. Basic claim made: *Constitutional RIGHTS VIOLATED*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *The case is still pending.*

I. Approximate date of disposition: *I really don't know because all my court papers are in the state prison system and they won't send them to me.*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

2.

III. List All lawsuits you (and your co-plaintiffs, if any) have filed in any state or Federal court in the United States:

A. Name of case and docket number: Civil Action No. 3:06CV360-HTW-LRA

B. Approximate date of filing lawsuit: June 2006

C. List all plaintiffs (If you had co-plaintiffs), including any aliases: DESHAWN COCROFT

D. List all defendants: DR. JOHN DIAL AND NURSE KING

E. Court in which the lawsuit was filed (If Federal Court, name the district; if state court, name the County): IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI JACKSON DIVISION

F. Name of Judge to whom case was assigned: HON. HENRY T. WINGATE

G. Basic claim made: Constitutional Rights VIOLATED

H. Disposition of this case (For example: Was the case dismissed? Was it appealed? Is it still pending?) The case is still pending.

I. Approximate date of disposition: I really don't know because all my court paper are in the state prison system and they won't send them to me.

3.

III. List All lawsuits you (and your co-plaintiffs, if any) have file in any state or Federal court in the United States:

A. Name of case and docket number: Civil Action No. 3:06-cv-347-HTW-LRA

B. Approximate date of filing lawsuit: June 2006

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DeShawn Cockett

D. List all defendants: ELENOR FAYE Patterson and State of Mississippi

E. Court in which the lawsuit was filed (if Federal court, name the district; if state court, name the county): IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI JACKSON DIVISION

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: HON. HENRY T. WINGATE

G. Basic claim made: CONSTITUTIONAL RIGHTS VIOLATED

H. Disposition of this case (for example: was the case dismissed? was it appealed? is it still pending?) The case is still pending.

I. Approximate date of disposition: I really don't know because all my court papers are in the state prison system and the won't send them to me.

# BOULEVARD PASS

NAME  Cocraft, Deshawn    I.D.#  200800046809

TO  ~~Division~~ Cermack   FROM  F-4-12

OFFICER  Arellano    TIME  1210

IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

CCRW) V. Ball process all my grievance as request slips and On August 5, 2008 I ask her when the response would be back on my grievance, She told me don't worry about the response coming back. Then I ask her why she process my grievance as a request slips, her response was that I felt they were request. Then I said my Constitutional rights were violated and how can you determine if my constitutional rights were violated or not violated. Her response were my colleagues and I donot violate detainees rights, then she said stay out of jail and you won't have to worry about your rights been violated. I feel that I were treated Cruel and unjust and like a dog. I all so feel that my Constitution 14th Amendment Due Process and Equal Protection were violated and my 8th Amendment section 1. Cruel and Unusual Punishment were violated. Then I ask for a copy of the

4

Revised 9/2007

Cook County Department of corrections Rules and Regulations for Detainees, She told me if I give you a copy then the rest of you all would wants a copy of the Rules. I SAID it's our rights, she said I'm tried of hearing about your rights stay out of jail then she walk away. This happen at Cook County Jail in Division 1, Tier F-4.

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Ms. V. Ball be relieve of her duties as a Cook County facility worker and apologize for violation of my Constitutional rights and compensate me for my pain and suffering in the sum of $250,000.00

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  20  day of August , 20 08

DeShawn CoCroft
(Signature of plaintiff or plaintiffs)

DeShawn CoCroft
(Print name)

20080042809
(I.D. Number)

Cook County Jail
P.O. Box 089002
Chicago, Illinois 60608
(Address)

6

Revised 9/2007